**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| **SAMPSON K. KYERE, JR.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.   1:23-cv-3158 |
| ) | |
| **LIFEBRIDGE HEALTH, INC.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION

LifeBridge Health Inc., Daniel Durand, Elizabeth Zadzielski, and Omar Zalatimo (collectively, "Defendants"), appearing by counsel in a civil action brought by Plaintiff Sampson K. Kyere, Jr., now presently pending as Case No. 24C23004512 in the Circuit Court of Baltimore City, Maryland, hereby files this Notice of Removal, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, on the grounds that this action is founded, in part, on claims arising under the laws of the United States.  In support of its Notice of Removal, Defendants state as follows:

1. On October 19, 2023, Plaintiff filed a complaint against Defendants in the Circuit Court of Baltimore City, styled and captioned as *Sampson K. Kyere, Jr. v. LifeBridge Health Inc. et al.*, and assigned Case No. 24C23004512 ("State Court Case").  A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

2. On October 23, 2023, the State Court issued Summons to each of the Defendants. The collected Summons are attached as **Exhibit 2**.

3. On October 26, 2023, Plaintiff served the Complaint and Summons on Defendant Daniel Durand.

4. On October 27, 2023, Plaintiff served the Complaint and Summons on Defendant LifeBridge Health Inc.

5. On October 30, 2023, Plaintiff served the Complaint and Summons on Defendants Elizabeth Zadzielski and Omar Zalatimo.

6. On November 9, 2023, Plaintiff filed a "Line Regarding Service" with the State Court. A true and correct copy of that filing is attached as **Exhibit 3**.

7. This Notice of Removal is timely because it is being filed within the statutorily allowed thirty-day period after the date Defendants were served with a copy of the initial pleading. *See* 28 U.S.C. § 1446(b).

8. In Count 2 of the Complaint, Plaintiff alleges a claim for "Unlawful Medical Inquiry and Medical Examination in Violation of ADA" in which he asserts against LifeBridge a violation of the federal American Disabilities Act ("ADA"), 42 U.S.C. § 12112. *See, e.g.,* Exhibit 1, ¶ 203.

9. Because the ADA is a federal statute, the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

10. Pursuant to 28 U.S.C. § 1441(a), the State Court Case may be removed to this Court because the case gives rise to a federal question.

11. Under 28 U.S.C. §§ 1441 and 1446, the State Court Case may be removed to the United States District Court for the District of Maryland because it is the Federal District Court that embraces Baltimore City, Maryland within its jurisdiction.

12. Concurrent with the filing of this Notice of Removal, written notice thereof will be given to the Plaintiff, a true and correct copy of which is attached as **Exhibit 4**.

13. Concurrent with the filing of this Notice of Removal, written notice thereof will be filed with the Clerk of the Circuit Court for Baltimore City, Maryland.  A true and correct copy of that Notice is attached as **Exhibit 5**.

14. In filing this Notice of Removal, Defendants do not waive and hereby expressly reserve the right to assert any and all defenses.

WHEREFORE, Defendants give notice that the above-captioned action is removed from the Circuit Court of Baltimore City, Maryland to this Court.

Dated:  November 20, 2023                                         Respectfully submitted,

        /s/ Micah E. Ticatch
Micah E. Ticatch, Esq.
MD Fed. Bar No. 21208
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November 2023, I will electronically file and serve a copy of the foregoing via electronic mail:

>Tiffany M. Releford, Esq.
>Sigrid C. Haines, Esq.
>Samuel P. Morse, Esq.
>Whiteford, Taylor & Preston, LLP
>8830 Stanford Boulevard, Suite 400
>Columbia, MD 21045
>treledord@whitefordlaw.com
>shaines@whitefordlaw.com
>smorse@whitefordlaw.com
>Counsel for Plaintiff

>  /s/ Micah E. Ticatch
> Micah E. Ticatch, Esq.
> MD Fed. Bar No. 21208
> ISLER DARE, P.C.
> 1945 Old Gallows Road, Suite 650
> Vienna, Virginia 22182
> (703) 748-2690
> (703) 748-2695 (fax)
> mticatch@islerdare.com
> *Counsel for Defendants*