```
              CIRCUIT COURT FOR BALTIMORE CITY
                     Xavier A. Conaway
                  Clerk of the Circuit Court
                       Courthouse East
                   111 North Calvert Street
                          Room 462
                     Baltimore, MD 21202-
           (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
                                Case Number: 24-C-23-004512 CN
                                C I V I L
Sampson K Kyere Jr Vs Lifebridge Health Incorporated, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: LIFEBRIDGE HEALTH INCORPORATED
        S/O Jason H Weiner
        10090 Red Run Boulevard
        Owings Mills, MD 21117


    You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Sampson K Kyere Jr
                                  5134 Northen Fences Lane
                                  Columbia, MD 21044

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland

Date Issued:   10/23/23

                                   Xavier A. Conaway
                                   Clerk of the Circuit Court, per ___


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

```
                   CIRCUIT COURT FOR BALTIMORE CITY
                           Xavier A. Conaway
                        Clerk of the Circuit Court
                             Courthouse East
                         111 North Calvert Street
                                Room 462
                           Baltimore, MD 21202-
              (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
                                        Case Number: 24-C-23-004512 CN
                                              C I V I L
Sampson K Kyere Jr Vs Lifebridge Health Incorporated, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: LIFEBRIDGE HEALTH INCORPORATED
        S/O Jason H Weiner
        10090 Red Run Boulevard
        Owings Mills, MD 21117


    You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Sampson K Kyere Jr
                                  5134 Northen Fences Lane
                                  Columbia, MD 21044

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland


Date Issued:  10/23/23
                                   _____
                                   Xavier A. Conaway
                                   Clerk of the Circuit Court, per AM


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

```
              CIRCUIT COURT FOR BALTIMORE CITY
                      Xavier A. Conaway
                   Clerk of the Circuit Court
                        Courthouse East
                    111 North Calvert Street
                          Room 462
                      Baltimore, MD 21202-
            (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   (P r i v a t e   P r o c e s s)
                                Case Number: 24-C-23-004512 CN
                                C I V I L
Sampson K Kyere Jr Vs Lifebridge Health Incorporated, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: DANIEL DURAND, MD
        S/O Daniel Durand MD
        2616 Chestnut Woods Court
        Reisterstown, MD 21136

    You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Sampson K Kyere Jr
                                                5134 Northen Fences Lane
                                                Columbia, MD 21044

    WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

    Date Issued: 10/23/23

                                    Xavier A. Conaway
                                    Clerk of the Circuit Court, per AM

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

```
               CIRCUIT COURT FOR BALTIMORE CITY
                      Xavier A. Conaway
                    Clerk of the Circuit Court
                         Courthouse East
                     111 North Calvert Street
                           Room 462
                       Baltimore, MD 21202-
              (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-23-004512 CN
C I V I L
Sampson K Kyere Jr Vs Lifebridge Health Incorporated, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: DANIEL DURAND, MD
        S/O Daniel Durand MD
        2616 Chestnut Woods Court
        Reisterstown, MD 21136

    You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Sampson K Kyere Jr
                                             5134 Northen Fences Lane
                                           Columbia, MD 21044

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:   10/23/23

Xavier A. Conaway
Clerk of the Circuit Court, per AM

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-23-004512 CN
C I V I L

Sampson K Kyere Jr Vs Lifebridge Health Incorporated, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: OMAR ZALATIMO
        S/O Omar Zalatimo
        906 Monaghan Court
        Lutherville Timonium, MD 21093

    You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Sampson K Kyere Jr
                5134 Northen Fences Lane
                Columbia, MD 21044

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 10/26/23

Xavier A. Conaway
Clerk of the Circuit Court, per AM

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

```
                    CIRCUIT COURT FOR BALTIMORE CITY
                           Xavier A. Conaway
                        Clerk of the Circuit Court
                             Courthouse East
                         111 North Calvert Street
                                Room 462
                           Baltimore, MD 21202-
                (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
                                         Case Number: 24-C-23-004512 CN
                                         C I V I L
Sampson K Kyere Jr Vs Lifebridge Health Incorporated, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: OMAR ZALATIMO
        S/O Omar Zalatimo
        906 Monaghan Court
        Lutherville Timonium, MD 21093

    You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Sampson K Kyere Jr
                                                                      5134 Northen Fences Lane
                                                                    Columbia, MD 21044

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 10/26/23

                                      Xavier A. Conaway
                                      Clerk of the Circuit Court, per

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

WRIT OF SUMMONS (Private Process)
Case Number: 24-C-23-004512 CN
CIVIL
Sampson K Kyere Jr Vs Lifebridge Health Incorporated, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: ELIZABETH ZADIELSKI, MD, MBA
S/O Elixabeth Zadzielski
14309 Oak Meadow Road
Baldwin, MD 21013

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Sampson K Kyere Jr
5134 Northen Fences Lane
Columbia, MD 21044

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:  10/26/23

Xavier A. Conaway
Clerk of the Circuit Court, per

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-23-004512 CN
C I V I L
Sampson K Kyere Jr Vs Lifebridge Health Incorporated, Et Al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: ELIZABETH ZADIELSKI, MD, MBA
S/O Elixabeth Zadzielski
14309 Oak Meadow Road
Baldwin, MD 21013

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Sampson K Kyere Jr
5134 Northen Fences Lane
Columbia, MD 21044

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 10/26/23

Xavier A. Conaway
Clerk of the Circuit Court, per AM

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.