| | | |
|---|---|---|
| SAMPSON K. KYERE, Jr., MD, PhD. | * | IN THE |
| *Plaintiff*, | * | CIRCUIT COURT |
| v. | * | FOR |
| LIFEBRIDGE HEALTH, INC. | * | BALTIMORE CITY |
| *Defendant.* | * | CASE NO. 24-C-23-004512 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE REGARDING SERVICE

To the Clerk: Defendant Daniel Durand was personally served on October 26, 2023. The Affidavit of Service is attached hereto as Exhibit 1. Defendant LifeBridge Health, Inc. accepted service of process via counsel on October 27, 2023, and Defendants Elizabeth Zadzielski, and Omar Zalantimo accepted service of process via counsel on October 30, 2023. Email correspondence regarding counsel accepting service of process for Defendants Zadzielski and Zalantimo is attached hereto as Exhibit 2.

Date: November 9, 2023                                Respectfully Submitted,

_____
Tiffany M. Releford, Esq. (0512140304)
Sigrid C. Haines, Esq. (9006280100)
Samuel P. Morse, Esq. (2012180120)
Whiteford, Taylor & Preston L.L.P.
8830 Stanford Boulevard, Suite 400
Columbia, MD 21045
(202) 659-6764
(410) 347-8753
(410) 347-8708
treleford@whitefordlaw.com
shaines@whitefordlaw.com
smorse@whitefordlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2023, a copy of the foregoing Line Regarding Service was served via email upon:

    Micah E. Ticatch
    IslerDare, P.C.
    1945 Old Gallows Road, Suite 650
    Vienna, VA 22182
    Email: mticatch@islerdare.com

                                      /s/ Samuel P. Morse
                                      Samuel P. Morse

# EXHIBIT 1

# AFFIDAVIT OF SERVICE

| Case: 24-C-23-004512 CN | Court: Circuit Court for Baltimore City | County: Baltimore City, MD | Job: 9819223 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Sampson K. Kyere | | **Defendant / Respondent:** Lifebridge Health Incorporated, et al | |
| **Received by:** Maverick Process Service & Investigations LLC | | **For:** Tsega Girma | |
| **To be served upon:** Daniel Durand, MD | | | |

I, Anna Bollino, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Daniel Durand, MD, Home: 2616 Chestnut Woods Court, Reisterstown, MD 21136
**Manner of Service:** Personal/Individual, Oct 26, 2023, 1:24 pm EDT
**Documents:** Writ of Summons, Civil Non Domestic Case Information Report, and Complaint,

**Additional Comments:**
1) Successful Attempt: Oct 26, 2023, 1:24 pm EDT at Home: 2616 Chestnut Woods Court, Reisterstown, MD 21136 received by Daniel Durand, MD. Age: 48; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'9"; Hair: Black; Other: Daniel Durand, MD. Came to door identified himself and then said this is his private residence he is not accepting. I left at the door.;
The recipient refused to accept service (Physically) and the documents were dropped on the ground in their presence.

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

_Anna Bollino_  10/26/2023
Anna Bollino                Date

Maverick Process Service & Investigations LLC
9 Westminster Shopping Center #384
Westminster, MD 21157
877-838-4782
Email: info@mavpi.com

# EXHIBIT 2

**Archived:** Wednesday, November 8, 2023 3:39:46 PM
**From:** Releford, Tiffany M.
**Sent:** Monday, November 6, 2023 1:13:52 PM
**To:** Morse, Samuel P.
**Subject:** Fwd: Keyere v. LifeBridge Health
**Sensitivity:** Normal
**Attachments:**
image003.png image004.jpg image005.png image006.png LBH Summons.PDF Info_Sheet_and_Complaint_-_date_stamped.PDF

---

*Tiffany M. Releford, Esq.*
Whiteford, Taylor & Preston LLP
8830 Stanford Boulevard, Suite 400, Columbia, Maryland 21045 [google.com]  **and**
111 Rockville Pike | Suite 800 [maps.google.com]
Rockville, MD | 20850 [maps.google.com]
t: 202.659.6764 | f: 202.327.6187

treleford@wtplaw.com | bio | vcard | www.wtplaw.com

Begin forwarded message:

> **From:** "Releford, Tiffany M." <TReleford@whitefordlaw.com>
> **Date:** October 27, 2023 at 12:27:12 PM EDT
> **To:** "Micah E. Ticatch" <mticatch@islerdare.com>
> **Cc:** "Haines, Sigrid C." <SHaines@whitefordlaw.com>, Eric Paltell <epaltell@islerdare.com>
> **Subject: RE: Keyere v. LifeBridge Health**
>
> Good afternoon,
>
> I was unable to reach you yesterday.
>
> Per your earlier email, you are authorized to accept service of process on behalf of LifeBridge Health. Attached is the summons for LifeBridge and the date-stamped complaint. Please confirm receipt.
>
> With regard to the individually named defendants who are being sued in their personal capacity, please send me something in writing from them that you are authorized to accept service on their behalf.
>
> Thank you.
>
> **Tiffany M. Releford** | *Partner*
> Pronouns: she/her/hers
> 8830 Stanford Boulevard, Suite 400, Columbia, Maryland 21045  **and**
> 111 Rockville Pike | Suite 800 [maps.google.com]
> Rockville, MD | 20850 [maps.google.com]
> t: 202.659.6764 | f: 202.327.6187
> **treleford@wtplaw.com | bio | vcard | www.wtplaw.com**

**From:** Micah E. Ticatch <mticatch@islerdare.com>
**Sent:** Friday, October 27, 2023 11:19 AM
**To:** Releford, Tiffany M. <TReleford@whitefordlaw.com>
**Cc:** Haines, Sigrid C. <SHaines@whitefordlaw.com>; Eric Paltell <epaltell@islerdare.com>
**Subject:** RE: Keyere v. LifeBridge Health

---

**This Message Is From an External Sender**
This message came from outside your organization.
For assistance, contact the IS Service Center at issc@whitefordlaw.com or 410.347.8733

---

Tiffany,

I am following up on this. I would appreciate if you could get back to me today.

Thanks,

**Micah E. Ticatch**
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Direct: 703-663-1308
Fax: 703-748-2695


**From:** Micah E. Ticatch
**Sent:** Thursday, October 26, 2023 1:39 PM
**To:** Releford, Tiffany M. <TReleford@whitefordlaw.com>
**Cc:** Haines, Sigrid C. <SHaines@whitefordlaw.com>; Eric Paltell <epaltell@islerdare.com>
**Subject:** RE: Keyere v. LifeBridge Health

Tiffany,

I am following up on my voicemail. I have not yet received the Complaint or Summons from you. In the meantime, I was just told that formal service was attempted on at least one doctor. To the extent it was not clear, I can accept service for any LifeBridge individuals you have named in the lawsuit as well as the corporate entity. In light of the above, can you please stand down on formally serving the doctors, and serve me by email? Please give me a call when you can to discuss.

Thanks,

**Micah E. Ticatch**
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Direct: 703-663-1308
Fax: 703-748-2695

**From:** Releford, Tiffany M. <TReleford@whitefordlaw.com>
**Sent:** Tuesday, October 24, 2023 11:48 AM
**To:** Micah E. Ticatch <mticatch@islerdare.com>
**Cc:** Haines, Sigrid C. <SHaines@whitefordlaw.com>; Eric Paltell <epaltell@islerdare.com>
**Subject:** Re: Keyere v. LifeBridge Health

Thank you.

*Tiffany M. Releford, Esq.*
Whiteford, Taylor & Preston LLP
8830 Stanford Boulevard, Suite 400, Columbia, Maryland 21045 [google.com] **and**
111 Rockville Pike | Suite 800 [maps.google.com]
Rockville, MD | 20850 [maps.google.com]
t: 202.659.6764 | f: 202.327.6187

treleford@wtplaw.com | bio | vcard | www.wtplaw.com


On Oct 24, 2023, at 11:27 AM, Micah E. Ticatch <mticatch@islerdare.com> wrote:

Tiffany, I have been authorized to accept service. Please send me the Complaint and summons when you are ready.

**Micah E. Ticatch**
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Direct: 703-663-1308
Fax: 703-748-2695

<image001.png>
<image002.png>


**From:** Releford, Tiffany M. <TReleford@whitefordlaw.com>
**Sent:** Monday, October 23, 2023 4:34 PM
**To:** Micah E. Ticatch <mticatch@islerdare.com>; Haines, Sigrid C. <SHaines@whitefordlaw.com>
**Cc:** Eric Paltell <epaltell@islerdare.com>
**Subject:** RE: Keyere v. LifeBridge Health

Good afternoon Mr. Ticatch,

Please advise if your office is authorized to accept service of process on behalf of LifeBridge Health.

Thank you.


<image003.png>
**Tiffany M. Releford** | *Partner*