IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SAMPSON K. KYERE, JR. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. |
| | ) |
| LIFEBRIDGE HEALTH, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**NOTICE TO PARTIES OF REMOVAL OF ACTION TO THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

TO:    Tiffany M. Releford, Esq.
         Sigrid C. Haines, Esq.
         Samuel P. Morse, Esq.
         Whiteford, Taylor & Preston, LLP
         8830 Stanford Boulevard, Suite 400
         Columbia, MD 21045
         treledord@whitefordlaw.com
         shaines@whitefordlaw.com
         smorse@whitefordlaw.com

**PLEASE TAKE NOTICE** that on November 20, 2023, a Notice of Removal of the above-entitled action from the Circuit Court of Baltimore City, Maryland to the United States District Court for the District of Maryland a copy of which Notice of Removal is served herewith, was filed in the United States District Court for the District of Maryland.

Dated: November 20, 2023                          Respectfully submitted,

                                                          /s/ Micah E. Ticatch
                                                    Micah E. Ticatch, Esq.
                                                    MD Fed. Bar No. 21208
                                                    ISLER DARE, P.C.
                                                    1945 Old Gallows Road, Suite 650
                                                    Vienna, Virginia 22182
                                                    (703) 748-2690

(703) 748-2695 (fax)  
mticatch@islerdare.com  
*Counsel for Defendants*