IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| SAMPSON K. KYERE, JR. | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 24C23004512 |
| | ) |
| LIFEBRIDGE HEALTH, INC., *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF REMOVAL OF CIVIL ACTION

TO THE CLERK AND THE HONORABLE JUDGES OF BALTIMORE CITY:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants LifeBridge Health Inc., Daniel Durand, Elizabeth Zadzielski, and Omar Zalatimo (collectively, "Defendants") have removed this action to the United States District Court for the District of Maryland, upon the filing of Defendants' Notice of Removal, a copy of which is attached hereto as Exhibit 1.

Dated:  November 20, 2023                        Respectfully submitted,

                                                                                   /s/ Micah E. Ticatch
                                                              Micah E. Ticatch, Esq.
                                                              ISLER DARE, P.C.
                                                              1945 Old Gallows Road, Suite 650
                                                              Vienna, Virginia 22182
                                                              (703) 748-2690
                                                              (703) 748-2695 (fax)
                                                              mticatch@islerdare.com
                                                              *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November 2023, I will electronically file and serve a copy of the foregoing via electronic mail:

Tiffany M. Releford, Esq.
Sigrid C. Haines, Esq.
Samuel P. Morse, Esq.
Whiteford, Taylor & Preston, LLP
8830 Stanford Boulevard, Suite 400
Columbia, MD 21045
treledord@whitefordlaw.com
shaines@whitefordlaw.com
smorse@whitefordlaw.com
*Counsel for Plaintiff*

    /s/ Micah E. Ticatch
Micah E. Ticatch, Esq.
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com
*Counsel for Defendants*