# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Sampson K. Kyere, Jr.  \*

**Plaintiff,**

\*

v.   Case No. 1:23-cv-3158

LifeBridge Health, Inc., et al.   \*

**Defendant.**  \*

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
<br>(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☒ The following corporate affiliations exist with LifeBridge Health, Inc.:
<br>(name of party)

See Attachment.
<br>(names of affiliates)

☒ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Allied World Insurance Company, ACE American Insurance Company.
<br>(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

| 11/27/2023 | /s/ Micah E. Ticatch |
|---|---|
| Date | Signature |
|  | Micah E. Ticatch, 21208 |
|  | Printed name and bar number |
|  | 1945 Old Gallows Rd., Ste 650, Vienna, Va. 22182 |
|  | Address |
|  | mticatch@islerdare.com |
|  | Email address |
|  | 703.748.2690 |
|  | Telephone number |
|  | 703.748.2695 |
|  | Fax number |

LifeBridge Health, Inc.
- 8600 Liberty Road, LLC (wholly owned)
- Carroll County Health Services Corporation (wholly owned)
  - Carroll County Med-Services, Inc. (wholly owned)
    - Carroll Urgent Care, LLC (wholly owned)
    - Carroll Metropolitan Physician Group, LLC (wholly owned)
    - Carroll Occupational Health, LLC (not wholly owned)
    - Carroll PHO, LLC (wholly owned)
      - Carroll ACO, LLC (wholly owned)
    - Carroll County CMO, L.L.C. (wholly owned)
    - Carroll County General Hospital South Carroll Medical Center Condominium, Inc. (not wholly owned)
    - Carroll Health Group, LLC (wholly owned)
    - Med-Services Holdings, Inc. (wholly owned)
    - Mount Airy Med-Services, LLC (not wholly owned)
    - Mt. Airy Plaza, LLC (not wholly owned)
  - Carroll Hospital Center, Inc. (wholly owned)
    - BridgingLife, Inc. (wholly owned)
    - Carroll Regional Cancer Center Physicians, LLC (wholly owned)
    - Carroll Hospital Center Foundation, Inc. (wholly owned)
    - Carroll Billing Services, Inc. (wholly owned)
    - Carroll County Radiology, L.L.C. (not wholly owned)
    - Carroll Hospital Center MOB Investment, LLC (wholly owned)
    - Comp Claim Management, LLC (not wholly owned)
    - Mt. Airy Health Services, LLC (not wholly owned)
    - The Partnership for a Healthier Carroll County, Inc. (not wholly owned)
- Center for Hope, Inc. (wholly owned)
- Children's Hospital at Sinai Foundation, Inc. (wholly owned)
- Children's Hospital of Baltimore City, Inc. (wholly owned)
- Courtland Gardens Nursing and Rehabilitation Center, Inc. (wholly owned)
  - LBH Evergreen Holdings, LLC (wholly owned)
  - LBH Carroll County Nursing and Rehabilitation, LLC (wholly owned)
    - Brinton Woods Health Care Center, LLC (wholly owned)
    - Brinton Woods Senior Living, LLC (wholly owned)

   Springwell Partners, LLC (not wholly owned)

     Age Wave Properties, LLC (not wholly owned)

     Springwell, LLC (not wholly owned)

Grace Medical Center, Inc. (wholly owned)

Levindale Hebrew Geriatric Center and Hospital, Inc. (wholly owned)

LifeBridge 23 Crossroads Drive Medical Office Building, LLC (wholly owned)

LifeBridge Anesthesia Associates, LLC (wholly owned)

   LifeBridge Metropolitan Anesthesia, LLC (wholly owned)

   LifeBridge Suburban Anesthesia, LLC (wholly owned)

LifeBridge Clinically Integrated Network, LLC (wholly owned)

LifeBridge Health ACO, LLC (wholly owned)

LifeBridge Health Clinically Integrated Network, LLC (wholly owned)

LifeBridge Insurance Company, Ltd. (wholly owned)

LifeBridge Investments, Inc. (wholly owned)

   Acute Diagnostics and Services, LLC (wholly owned)

   Advanced Endoscopy Center of Howard County, LLC (not wholly owned)

   Baker Rehab Group LLC (not wholly owned)

     Baker Driving Rehabilitation, LLC (not wholly owned)

     Baker Rehab Agency, LLC (not wholly owned)

     Baker Rehab And Nursing Home Health Agency LLC (not wholly owned)

     HomeCare Rehab and Nursing LLC (not wholly owned)

     HomeCare Rehab LLC (not wholly owned)

   Ellicott City ASC Management, L.L.C. (not wholly owned)

     Ellicott City Ambulatory Surgery Center, L.L.L.P. (not wholly owned)

     Ellicott City ASC Holdings, L.L.C. (not wholly owned)

   General Surgery Specialists, LLC (wholly owned)

   Healthstar Medical Services, Inc. (wholly owned)

   Homecare Maryland, LLC (not wholly owned)

   LifeBridge Community Physicians, Inc. (wholly owned)

     BW Primary Care, LLC (wholly owned)

     Cardiovascular Associates of Maryland, LLC (wholly owned)

     LifeBridge Atlantic Medical, LLC (wholly owned)

     LifeBridge Cardiology of Parkville, LLC (wholly owned)

     LifeBridge Cardiology of Westminster, LLC (wholly owned)

     LifeBridge Cardiology of Carroll County, LLC (wholly owned)

        LifeBridge Community Gastroenterology, LLC (wholly owned)

        LifeBridge Community Pediatrics, LLC (wholly owned)

        LifeBridge Community Pulmonology, LLC (wholly owned)

        LifeBridge Gynecology of Pikesville, LLC (wholly owned)

        LifeBridge Health Cardiology of Baltimore, LLC (wholly owned)

        LifeBridge Medical Associates, LLC (wholly owned)

        LifeBridge Metropolitan Staffing, LLC (wholly owned)

        LifeBridge Metropolitan Physician Group II, LLC (wholly owned)

        LifeBridge Metropolitan Physician Group, LLC (wholly owned)

        LifeBridge Multi-Specialty, LLC (wholly owned)

        LifeBridge Neurosciences, LLC (wholly owned)

        LifeBridge Potomac Professionals, LLC (wholly owned)

        LifeBridge Primary Care of Eldersburg, LLC (wholly owned)

        LifeBridge Primary Care of North Carroll, LLC (wholly owned)

        LifeBridge Rehabilitation Services, LLC (wholly owned)

        LifeBridge Suburban Physician Group II, LLC (wholly owned)

        LifeBridge Suburban Physician Group, LLC (wholly owned)

        LifeBridge Suburban Staffing, LLC (wholly owned)

        Woodholme Cardiology, LLC (wholly owned)

LifeBridge Community Practices, LLC (wholly owned)

LifeBridge Health Israel Ltd. (wholly owned)

LifeBridge Innovations, LLC (wholly owned)

LifeBridge Investments Properties, LLC (wholly owned)

LifeBridge Lab Management, LLC (not wholly owned)

LifeBridge Sports Medicine and Rehabilitation, LLC (not wholly owned)

LifeBridge Health and Fitness LLC (wholly owned)

MNR Industries, LLC (not wholly owned)

        4009 North Point Boulevard LLC (not wholly owned)

        Children's Urgent Care of Towson, LLC (not wholly owned)

        Children's Urgent Care of Westminster, LLC (not wholly owned)

        Children's Urgent Care, LLC (not wholly owned)

        Eden Hill Express Care, LLC (not wholly owned)

        Express Primary Care LLC (not wholly owned)

        ExpressCare at the Festival, LLC (not wholly owned)

        ExpressCare of Ashburn, LLC (not wholly owned)

        ExpressCare of Bowie, LLC (not wholly owned)

        ExpressCare of Brooklyn Park, LLC (not wholly owned)

        ExpressCare of Eldersburg LLC (not wholly owned)

        ExpressCare of Ellicott City, LLC (not wholly owned)

        ExpressCare of Essex, LLC (not wholly owned)

        ExpressCare of Forest Hill, LLC (not wholly owned)

        ExpressCare of Gambrills, LLC (not wholly owned)

        ExpressCare of Hanover, LLC (not wholly owned)

        ExpressCare of Largo LLC (not wholly owned)

        ExpressCare of Loch Raven, LLC (not wholly owned)

        ExpressCare of Manassas, LLC (not wholly owned)

        ExpressCare of Middle River, LLC (not wholly owned)

        ExpressCare of Northwest, LLC (not wholly owned)

        ExpressCare of Owings Mills, LLC (not wholly owned)

        ExpressCare of Padonia LLC (not wholly owned)

        ExpressCare of Parkville, LLC (not wholly owned)

        ExpressCare of Salisbury LLC (not wholly owned)

        ExpressCare of Severna Park, LLC (not wholly owned)

        ExpressCare of Sinai, LLC (not wholly owned)

        ExpressCare of Union, LLC (not wholly owned)

        ExpressCare of Urbana, LLC (not wholly owned)

        ExpressCare of Westminster LLC (not wholly owned)

        ExpressCare, LLC (not wholly owned)

        Hampstead Urgent Care, LLC (not wholly owned)

        MNR of Virginia, LLC (not wholly owned)

        MNR Pennsylvania, LLC (not wholly owned)

National Respiratory Care, LLC (wholly owned)

Nation's Home Medical Equipment, LLC (wholly owned)

Nation's Infusion at Home, LLC (wholly owned)

Northwest Baltimore Radiation Therapy Regional Center, LLC (not wholly owned)

Post Acute Physician Partners, LLC (not wholly owned)

Practice Dynamics, Inc. (wholly owned)

Sinai Eldersburg Real Estate, LLC (wholly owned)

SurgiCenter of Baltimore, LLC (not wholly owned)

The Center for Urologic Specialties, LLC (wholly owned)

Northwest Hospital Center, Inc. (wholly owned)

PWest Investments, LLC (wholly owned)

Sinai Hospital of Baltimore, Inc. (wholly owned)

    Sinai Clinical Professionals, LLC (wholly owned)

    LifeBridge Cardiology at Quarry Lake, LLC (wholly owned)

    Sinai Parking Facility, LLC (wholly owned)

    LifeBridge Center for Hope, Inc. (wholly owned)

The Baltimore Jewish Eldercare Foundation, Inc. (wholly owned)

The Baltimore Jewish Health Foundation, Inc. (wholly owned)

The Family Tree, Inc. (wholly owned)

West Baltimore Renaissance Foundation, Inc. (wholly owned)

    Calhoun Street Investments II, LLC (wholly owned)

    Calhoun Street Investments, LLC (wholly owned)