IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| SAMPSON K. KYERE, JR. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:23-cv-3158-JRR |
| | ) |
| LIFEBRIDGE HEALTH, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS

Pursuant to Federal Rule 12(b)(3), the Maryland Uniform Arbitration Act (Md. Code Ann., Cts. & Jud. Proc. §§ 3-201, *et seq.*), and the Federal Arbitration Act (9 U.S.C. § 1, *et seq.*), Defendants LifeBridge Health Inc., Daniel Durand, Elizabeth Zadzielski, and Omar Zalatimo, by and through undersigned counsel, hereby move the Court to compel arbitration of each of the claims asserted in the Complaint filed by Plaintiff Sampson K. Kyere and dismiss the current action.

Dated: November 27, 2023                      Respectfully submitted,

                                                                       /s/ Micah E. Ticatch
                                                 Micah E. Ticatch, Esq.
                                                 MD Fed. Bar No. 21208
                                                 ISLER DARE, P.C.
                                                 1945 Old Gallows Road, Suite 650
                                                 Vienna, Virginia 22182
                                                 (703) 748-2690
                                                 (703) 748-2695 (fax)
                                                 mticatch@islerdare.com

                                                 *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November 2023, I will electronically file, which will serve a copy of the foregoing via electronic mail:

>Tiffany M. Releford, Esq.
>Samuel P. Morse, Esq.
>Whiteford, Taylor & Preston, LLP
>8830 Stanford Boulevard, Suite 400
>Columbia, MD 21045
>treledord@whitefordlaw.com
>shaines@whitefordlaw.com
>smorse@whitefordlaw.com
>*Counsel for Plaintiff*

>     /s/ Micah E. Ticatch
>Micah E. Ticatch, Esq.
>MD Fed. Bar No. 21208
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>
>*Counsel for Defendants*