**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Northern Division

| | |
|---|---|
| **SAMPSON K. KYERE, JR.** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. **1:23-cv-3158-JRR** |
| ) | |
| ) | |
| **LIFEBRIDGE HEALTH, INC.,** *et al.*, ) | |
| ) | |
|     **Defendants.** ) | |

**ORDER**

UPON consideration of Defendants' Motion to Compel Arbitration and Dismiss, it is hereby ORDERED that the motion is GRANTED; and Plaintiff is ordered to arbitrate each of the claims asserted in the Complaint; and the case is hereby DISMISSED.

Dated: _____, 2023

                                                          _____
                                                          Hon. Julie R. Rubin
                                                          United States District Judge