**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| **SAMPSON K. KYERE, JR.,** | |
| *Plaintiff*, | |
| v. | Civil Action No.: 1:23-cv-03158-JRR |
| **LIFEBRIDGE HEALTH, INC.,** *et al.,* | |
| *Defendants.* | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, Sampson Kyere, Jr., by and through undersigned counsel, hereby gives notices of the voluntary dismissal of the above captioned matter without prejudice. Defendants have not answered the Complaint, and have not moved for summary judgment.

Date: November 29, 2023

Respectfully Submitted,

_____
Tiffany M. Releford, Esq. (Fed. Bar No. 28038)
Samuel P. Morse, Esq. (Fed. Bar No. 21955)
Whiteford, Taylor & Preston L.L.P.
8830 Stanford Boulevard, Suite 400
Columbia, MD 21045
(202) 659-6764
(410) 347-8753
(410) 347-8708
Treleford@whitefordlaw.com
smorse@whitefordlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify on this 29th day of November, 2023, that a true and correct copy of the foregoing Notice of Voluntary Dismissal was served via CM/ECF on:

>Micah E. Ticatch, Esq.
>Isler Dare, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>mticatch@islerdare.com
>*Counsel for Defendants*

_____
Samuel P. Morse